# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

LEOPOLDO FAIAD DA CUNHA

     Plaintiff,

v.                                Case No. Enter case number

DESERVE CARDS, INC.,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
TRANSUNION INTERACTIVE, INC.,

     Defendants.

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant Trans Union, LLC, improperly identified as "TransUnion Interactive, Inc." (herein after "Trans Union"), through its undersigned counsel and pursuant to 28 U.S.C. § 1446(a), removes this action filed by Plaintiff, Leopolda Faida Da Cunha, ("Plaintiff") from the Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida to the United States District Court for the Middle District of Florida.  In support of this Notice of Removal, Trans Union states the following:

1.    On November 19, 2025, Plaintiff initiated this action by filing a Complaint in the Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida, as Case No. 2025-CA-011387-O. A copy of the Complaint is attached as **Exhibit A**.

2.      Plaintiff's Complaint asserts eight causes of actions for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 et *seq.,* and the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.201 et *seq. See* Ex. A.

3.      Trans Union, LLC ("Trans Union") was served with the Complaint on December 22, 2025.

## GROUNDS FOR REMOVAL

4.      Pursuant to 28 U.S.C. § 1441(a), a defendant may remove an action to federal court where the court has original jurisdiction, under 28 U.S.C. § 1331, that is, where the civil action arises under the Constitution, laws, or treaties of the United States.

5.      Amongst Plaintiff's causes of actions, Plaintiff alleges that all three Defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA").  *See* Ex. A, Counts I-VI.

6.      Pursuant to the FCRA, an action "may be brought in any appropriate United States district court, without regard to the amount in controversy, or in any other court of competent jurisdiction…"  15 U.S.C. § 1681p.

7.      As such, original jurisdiction exists over Plaintiff's claims brought under the FCRA.

8.      Further, this Court has supplemental jurisdiction over Plaintiff's other claims, including any claims arising under the Florida Consumer Collection Practices Act ("FCCPA") or the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), pursuant to 28 U.S.C. § 1367, which states that "the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy." According to Plaintiff's Complaint, Plaintiff's federal and state law claims all are part of the same controversy, *i.e.*, an allegedly unenforceable debt and its reporting.  *See generally* Ex. A

9.      Because Orange County is embraced by the United States District Court for the Middle District of Florida, the action is properly removed to the United States District Court for the Middle District of Florida under 28 U.S.C. § 1441(a).

10.     Removal is timely under 28 U.S.C. § 1446 because this Notice of Removal is filed within 30 days after Trans Union was served the Complaint that was filed in the Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida.

11.     Attached hereto as **Exhibit B** is a copy of Consent to Removal from Defendant, Experian Information Solutions, Inc.

12.     Attached hereto as **Exhibit C** is a copy of Consent to Removal from Defendant, Deserve Cards, Inc.

13.     Attached hereto as **Exhibit D** is a copy of Trans Union's Notice of Filing Notice of Removal to be filed in the Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida.

14.     A legible copy of each paper docketed in the state court is attached hereto as **Exhibit E**.

15.     Nothing in this Notice shall be interpreted as a waiver or relinquishment of Trans Union's right to assert any defense, including, without limitation, by way of a motion to dismiss or any pre-answer motion under Fed. R. Civ. P. 12.

## CONCLUSION

**WHEREFORE**, TransUnion removes this civil action from the Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida to the United States District Court for the Middle District of Florida.

Date: January 12, 2026                **BUCHANAN INGERSOLL & ROONEY PC**

Respectfully submitted,

*/s/ Victor Silva*
Victor Silva, Esq.
Fla. Bar No.: 1059856
Buchanan Ingersoll & Rooney PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602-5236
Tel: 813-222-1155
Fax: 813-222-8189
Email: victor.silva@bipc.com
***Counsel for Defendant Trans Union, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2026, the foregoing Notice of Removal was filed with the Court's Electronic Case Filing (ECF) system. The parties may access this filing through the Court's system.

*/s/ Victor Silva*
Victor Silva, Esq.